**Richard Allen MORGAN, Petitioner–Appellant,**

v.

**Bert RICE, Warden, et al., Respondents–Appellees.**

No. 00–55889.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 20, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Dodd's requests for oral argument and appointed counsel are denied.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

California state prisoner Richard Allen Morgan appeals the district court's denial of his 28 U.S.C. § 2254 petition for writ of habeas corpus, challenging his three-strikes sentence for petty theft with a prior. We have jurisdiction pursuant to 28 U.S.C. § 2253. We affirm.

Morgan's contention that his sentence of 26-years-to-life is grossly disproportionate in violation of the Eighth Amendment is foreclosed by *Lockyer v. Andrade,* —— U.S. ——, 123 S.Ct. 1166, 1172–75, 155 L.Ed.2d 144 (2003) (holding that state court's affirmance of two consecutive 25-years-to-life sentences for petty theft was *not contrary to or an unreasonable applica-*tion of federal law), and *Ewing v. Califor-nia,* —— U.S. ——, 123 S.Ct. 1179, 1185–90, 155 L.Ed.2d 108 (2003) (holding that a 25-years-to-life sentence under the California three-strikes law did not violate the Eighth Amendment's prohibition on cruel and unusual punishment). The district court therefore properly denied Morgan's petition. *Andrade,* 123 S.Ct. at 1175.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).